**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6965**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CHARLES ENNETT BEALON, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:08-cr-00038-FL-1)

Submitted:  March 24, 2022                       Decided:  March 28, 2022

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles Ennett Bealon, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, Kristine L. Fritz, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Ennett Bealon, Jr., appeals the district court's order granting in part his motion seeking a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, and a subsequent order denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Bealon's motion to appoint counsel and affirm the district court's orders. *United States v. Bealon*, No. 7:08-cr-00038-FL-1 (E.D.N.C. Dec. 21, 2020; May 28, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*